IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KEVIN DARNELL JONES, | : |
| Plaintiff | : |
| VS. | : CIVIL ACTION: 5:14-CV-0085-MTT |
| FULTON COUNTY SHERIFF'S OFFICE, *et. al*. | : |
| Defendants | : |

### ORDER

Plaintiff **KEVIN DARNELL JONES**, a state prisoner confined at Coastal State Prison, filed a *pro se* civil rights complaint in this Court seeking relief under 42 U.S.C. § 1983. The events giving rise to Plaintiff's claims did not occur in the Middle District of Georgia, however; and none of the named defendants are located here. The events giving rise to Plaintiff's claims appear to have occurred in Fulton County, Georgia, and all but one of the defendants are located there.[1] Therefore, the proper forum for this case is the United States District Court for the Northern District of Georgia. *See* 28 U.S.C. § 1391(b).

Under such circumstances, a district court will normally transfer the case to the court in which venue would be proper. *See* 28 U.S.C. § 1406(a). This Court notes, however, that the Order of Referral (Doc. 4) mailed to Petitioner at the address he provided has been returned to the Court as undeliverable. Plaintiff has not notified the Court of a change in his address. Because the Court has no information regarding

---
[1] One of the named defendants is located in Garden City, Georgia which is in the Southern District.

Petitioner's current whereabouts, the interests of justice would not be served by a transfer of this case to the Northern District. *See* 28 U.S.C. §1406(a).  With no way to notify Plaintiff, the effort would be futile.

It is thus **ORDERED** that Plaintiff's Complaint be **DISMISSED** without prejudice. If Plaintiff wishes to pursue this action further, he may do so by filing a new complaint in the United States District Court for the Northern District of Georgia.

**SO ORDERED**, this 21st day of March, 2014.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jlr